JS-6

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA
Assistant United States Attorney (Cal. Bar No. 129676)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2242/6606
    Facsimile: (213) 894-5900
    E-mail: indira.j.cameron-banks@usdoj.gov
          zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FAHIM SHAH, an individual; FIROZ LOKHANDWALA, an individual,<br><br>        Defendants. | No. CV 15-8857-SJO (AFMx)<br><br>CONSENT JUDGMENT [31] |

The Court, having reviewed the Stipulation for Entry of Consent Judgment by and between Plaintiff United States of America and Defendant Fahim Shah ("Defendant"), and good cause existing therefor,

IT IS HEREBY ORDERED ADJUDICATED AND DECREED:

1. This Court has subject matter jurisdiction over this civil action, and personal jurisdiction over Defendant, who waives any and all objections to the Court's jurisdiction.

2. Defendant admits to all factual allegations set forth in the Complaint.

3. Judgment shall enter against Defendant for $1,142,215.87. This amount includes $961,140.30 in principal and $181,075.57 in accrued interest as of August 23, 2016.

4. <u>Payment Provision</u>: Beginning on or before October 1, 2016, Defendant shall make a payment of $50,000.00 toward the balance of $1,142,215.87. Thereafter, Defendant shall pay $2,000.00 in monthly installments, paid on or by the first day of every month, until the judgment is paid in full.

Defendant shall make payments at https://www.pay.gov to the U.S. Department of Justice account, in accordance with instructions provided to Defendant by the Financial Litigation Section of the United States Attorney's Office for the Central District of California. Defendant shall make payments on the first day of every month. A payment is considered delinquent if it is more than fifteen (15) days late.

5. <u>Default Provision</u>: If Defendant's monthly payments are delinquent on three or more months in any consecutive, twelve-month period, Plaintiff may, in its sole discretion and without the obligation to seek authorization from the Court, initiate enforcement action(s) against Defendant to collect payments on this judgment.

6. Defendant waives any judicial challenge to the Plaintiff's decision to act under the Default Provisions, except Defendant will retain the right to make a judicial challenge based solely upon evidence that Defendant was not delinquent on three or more months in any consecutive twelve-month period. Defendant will provide written

notice, with documentary evidence and a declaration, evidencing the fact that Defendant was not delinquent on three or more months in any consecutive twelve-month period to the United States at least five (5) court days prior to filing any judicial challenge.

7. Plaintiff will record this judgment pursuant to 28 U.S.C. § 3201, against Defendant. Plaintiff agrees to take no additional action to enforce this judgment unless Defendant is delinquent on three or more months in any twelve-month period.

8. Defendant will not be subject to any prepayment penalties.

9. Defendant shall provide Plaintiff with a current financial statement and tax returns beginning on October 30, 2017, and on October 30th of each year thereafter. Defendant shall also provide Plaintiff with written notification of any material change to his financial condition, employment, residence, or telephone number within ten (10) days of such change.

10. If Defendant commences any case, proceeding, or other action under any law relating to bankruptcy or for relief from debts, Defendant will not argue, contend or otherwise take the position that Defendant's obligations under the stipulated consent judgment may or should be avoided. Additionally, Defendant will not challenge, in such proceeding, Plaintiff's right to file a proof of claim the balance due and owing at the time of the filing of such case, proceeding or other action, inclusive of any post-judgment accruals of interest, fees and penalties.

11. Each party will bear its own legal and other costs incurred in connection with this matter.

Dated: September 22, 2016  _____

S. JAMES OTERO

UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section

/s/ Zoran J. Segina_____
ZORAN J. SEGINA
Assistant United States Attorney
Attorneys for Plaintiff